# -EXHIBIT 1-

**RE: Go Health**

Brad Burd <BBurd@gohealth.com>
Thu 10/20/2022 11:29 AM
To: Andrew Heidarpour <aheidarpour@hlfirm.com>

Andrew:

We investigated this matter, and we found that consent was actually provided directly to GoHealth twice.

The first time in January 2020 and the second time on 8/15/2022. On 8/15/22, the person provided consent by clicking on the ad banner depicted below:



Which routed your client to the following URL:
https://www.gomedicare.com/new-medicare-rules-form-chat?link_id=17078

your client then entered the following information:
Robert Potter, 702-▆▆▆▆▆▆▆ mzroxlibaby@gmail.com/. On the page where Email and Phone number were entered (nothing was pre-filled), there is very conspicuous consent language that reads:
By clicking the button, you consent to be contacted by a licensed insurance agent at GoHealth or GoHealth services about Medicare Advantage, PDP plans, and other related services via automatic telephone dialing system, artificial voice and/or pre-recorded message, or text message at the telephone number you provided. If you choose to provide your email address, you consent to be contacted at that email address by GoHealth for the

same purposes. You understand that while this is a solicitation for insurance, consent is not a condition of purchase, and you may also receive a quote by contacting us by phone. You may revoke this consent at any time.

Additionally, the "button" contained language reading "I consent to the terms in this form."

After providing this information, your client was called; however, it appears your client did not answer, and took no other action to request to be placed on our DNC until you contacted us. Her number is now on our DNC and consent has been removed from our system.



**From:** Andrew Heidarpour <aheidarpour@hifirm.com>
**Sent:** Thursday, October 13, 2022 10:50 AM
**To:** Brad Burd <BBurd@gohealth.com>
**Subject:** Re: Go Health

Details are below:

Crystal Potter, Telephone number 702-▇▇▇▇

All the calls came from caller ID 844-544-2028.

8/15/22 eight calls

08/22/22 three calls

08/23/22 one call.

Regards

—

Andrew Heidarpour
Heidarpour Law Firm, PLLC
www.HLFirm.com
AHeidarpour@HLFirm.com
[P] 202-234-2727



This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

**From:** Brad Burd <BBurd@gohealth.com>
**Sent:** Thursday, October 13, 2022 9:58 AM
**To:** Andrew Heidarpour <aheidarpour@hlfirm.com>
**Subject:** RE: Go Health

If you send me the name, phone number, and date of calls, I can investigate.

---

**From:** Andrew Heidarpour <aheidarpour@hlfirm.com>
**Sent:** Thursday, October 13, 2022 8:52 AM
**To:** Brad Burd <BBurd@gohealth.com>
**Subject:** Go Health

> **CAUTION:** This email originated outside of our company. Do not click links or open attachments unless you recognize the sender and know the content is safe.

Hi Brad, I have another client who has received unlawful calls. How would you like to proceed?

Regards

—

Andrew Heidarpour
Heidarpour Law Firm, PLLC
www.HLFirm.com
AHeidarpour@HLFirm.com
[P] 202-234-2727



This email message may contain legally privileged and/or confidential information. If you are not the intended recipient(s), or the employee or agent responsible for delivery of this message to the intended recipient(s), you are hereby notified that any dissemination, distribution or copying of this e-mail message is strictly prohibited. If you have received this message in error, please immediately notify the sender and delete this e-mail message from your computer.

Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.
Privileged/Confidential Information may be contained in this message. If you are not the addressee indicated in this message (or responsible for delivery of the message to such person), you may not copy or deliver this message to anyone. In such case, you should destroy this message and kindly

notify the sender by reply email. Please advise immediately if you or your employer does not consent to Internet email for messages of this kind. Opinions, conclusions and other information in this message that do not relate to the official business of my firm shall be understood as neither given nor endorsed by it.