## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF NextGen 1.6.3
### Eastern Division

Crystal Potter

                Plaintiff,

v.                                                            Case No.: 1:22−cv−06448

                                                                        Honorable John Robert Blakey

GoHealth, LLC.

                Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, January 10, 2023:

      MINUTE entry before the Honorable John Robert Blakey: The Court denies Defendant's motion to bifurcate [8] and strikes the 1/11/23 Notice of Motion date. Absent a proper showing, the Court does not normally permit piecemeal summary judgment motions, and Defendant's case management proposal appears to contemplate one such motion with respect to Plaintiff individually, and others aimed at the class generally. Additionally, based upon the parties' status report [12], the Court sets initial case management dates as follows: the parties shall exchange Rule 26(a)(1) disclosures by 1/13/23, issue written discovery by 2/3/23, and complete fact discovery by 7/7/23. The parties shall file an updated status report by 7/21/23 confirming that fact discovery is complete and proposing additional case management dates. The Court appreciates that the parties do not want a settlement conference at this time, but nonetheless encourages them to continue their discussions. In an effort to exhaust the possibility of settlement before spending time and money on expert discovery and dispositive motions, the Court orders Plaintiff to make a formal, written demand by 7/12/23, Defendant to respond (in writing) by 7/17/23, and the parties to confirm in their 7/21/23 status report that they have complied with this aspect of the Court's order. If at any time the parties agree that a settlement conference with the assigned Magistrate Judge could be productive, they should call chambers to so advise, and the Court will enter an appropriate referral order. Mailed notice(gel, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.